**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CR289** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **TERIES M. WHITE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant Teries M. White (White) appeared before the court on March 25, 2013, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 36). White was represented by Federal Public Defender David R. Stickman and Assistant Federal Public Defender Julie B. Hansen and the United States was represented by Assistant U.S. Attorney Susan T. Lehr. Through his counsel, White waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that White should be held to answer for a final dispositional hearing before Chief Judge Laurie Smith Camp.

The government moved for detention. At the time of the hearing, White was in the custody of Nebraska state correctional authorities. The motion was held in abeyance pending White coming into federal custody. White waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state correctional authorities pending his dispositional hearing in these proceedings.

**IT IS ORDERED**:

A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:30 a.m. on June 6, 2013.** Defendant must be present in person.

DATED this 25th day of March, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge